```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
OZAN WILLIAMS,                                                 :
                                                               :    20-cv-7644 (KMK)
                                Plaintiff,                     :
                                                               :    NOTICE OF APPEARANCE
        - against -                                            :
                                                               :
DELTA BAROMETRE, Superintendent, and THE                       :
NEW YORK STATE DEPARTMENT OF                                   :
CORRECTIONS AND COMMUNITY                                      :
SUPERVISION,                                                   :
                                                               :
                                Defendants.                    :
---------------------------------------------------------------X
```

**PLEASE TAKE NOTICE** that the undersigned attorney, duly admitted to practice in this Court, hereby appears as counsel on behalf of defendant in the above-captioned action. Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated: Westchester County, New York
       January 11, 2011

                                                LETITIA JAMES
                                                Attorney General
                                                State of New York

                                                By: */s/ Deanna L. Collins*
                                                Deanna L. Collins
                                                Assistant Attorney General
                                                28 Liberty – 18th Floor
                                                New York, New York 10005
                                                (212) 416-8906
                                                Deanna.Collins@ag.ny.gov

                                                *Counsel for Defendants*