UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OZAN WILLIAMS,                                       :
                                                     :
                Plaintiff,            :
                                                     :
  - against -                                       :
                                                     :  20-cv-7644 (KMK)
                                                     :
DELTA BAROMETRE, et al.,                             :
                                                     :  **NOTICE OF APPEARANCE**
                Defendants.          :
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned attorney, duly admitted to practice in this Court, hereby appears as counsel on behalf of defendants Delta Barometre and the NYS Department of Corrections and Community Supervision in the above-captioned action. Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
       December 23, 2021

                                                          LETITIA JAMES
                                                           Attorney General
                                                           State of New York

                                                           By: */s/ Maria B. Hartofilis*
                                                           Maria B. Hartofilis
                                                          Assistant Attorney General
                                                          28 Liberty Street – 18th Floor
                                                          New York, New York 10005
                                                          (212) 416-6295
                                                          Maria.Hartofilis@ag.ny.gov

                                                          *Counsel for Defendants*

TO: Ozan Williams
     DIN No. 13A5036
     Otisville Correctional Facility
     57 Sanitorium Road
     PO Box 8
     Otisville, NY 10963
     By First Class Mail