MEMO ENDORSE



## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

**BY ECF**　　　　　　　　　　　　　　　　　　　　　　　April 8, 2022
Hon. Kenneth M. Karas
United States District Court, S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601

　　　　**Re:**　　***Williams v. Barometre*, No. 20-cv-7644(KMK)**

Dear Judge Karas:

　　　　This Office represents Defendants Superintendent of Otisville Correctional Facility Delta Barometre and the New York State Department of Corrections and Community Supervision in the above-captioned action filed by *pro se* Plaintiff Ozan Williams ("Plaintiff").

　　　　In a March 28, 2022 Opinion and Order, the Court granted Defendants' motion to dismiss the complaint in part and denied it in part. Specifically, Defendants' motion was granted, without prejudice, with respect to Plaintiff's constitutional claims, while it was denied with respect to Plaintiff's ADA and Rehabilitation Act claims. The Court provided that should Plaintiff choose to file an amended complaint on the constitutional claims, he must do so within 30 days of the Court's Opinion and order, which is April 27, 2022. Defendants' answer to the surviving ADA and Rehabilitation Act claims is due on April 11, 2022. I write to respectfully request that Defendants' time to answer the surviving claims, i.e., the claims for which the motion to dismiss was denied, be extended to May 27, 2022. The additional time will allow this Office to further investigate the allegations in order to answer the claims, as well to receive any Amended Complaint filed by Plaintiff, which might impact Defendants' answer to the surviving claims. In addition, the request is made to avoid duplicative effort, which will occur if an answer to the original Complaint is filed, only to be replaced by an answer to an Amended Complaint a short time later.

　　　　Plaintiff's consent to this request was not obtained due to the delay associated with communicating with an incarcerated individual by mail.

28 LIBERTY STREET, NEW YORK N.Y. 10005 • PHONE (212) 416-8610 • FAX (212) 416-6009 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.GOV

Case 7:20-cv-07644-KMK   Document 37   Filed 04/08/22   Page 2 of 2
Case 7:20-cv-07644-KMK   Document 38   Filed 04/11/22   Page 2 of 2

Page 2

Granted. Defense counsel is to mail a copy of this memo endorsement to Plaintiff and certify this was done in a filing by 4/15/22.

So Ordered.

4/10/22

Respectfully,

*/s/ Maria B. Hartofilis*
Maria B. Hartofilis
Assistant Attorney General
28 Liberty Street, 18th Floor
New York, NY 10005
(212) 416-6295
Maria.Hartofilis@ag.ny.gov

cc:  Ozan Williams
     DIN 13-A-5036
     Otisville Correctional Facility
     57 Sanitorium Road
     P.O. Box 8
     Otisville, NY 10963
     *By mail*