UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
OZAN WILLIAMS,

                  Plaintiff,

              - against -

DELTA BAROMETRE, Superintendent, and THE
NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION

                  Defendants.
-------------------------------------------------------------- X

20-cv-7644 (KMK)

**DECLARATION OF SERVICE**

       **MARIA B. HARTOFILIS**, an attorney duly admitted to practice in New York, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

       On April 11, 2022, I served a copy of Defendants' correspondence to the Court, requesting an extension of Defendants' time to answer the complaint (Docket No. 37), to pro se Plaintiff Ozan Williams at the following address:

> Ozan Williams
> DIN 13-A-5036
> Otisville Correctional Facility
> 57 Sanitorium Road
> P.O. Box 8
> Otisville, NY 10963

by depositing a true and correct copies thereof, properly enclosed in a pre-paid wrapper, in a post-office box regularly maintained by the government of the United States, directed to the *pro se* plaintiff at the address within the State designated by him for that purpose.

                                                                 /s/ *Maria B. Hartofilis*
                                                                 Maria B. Hartofilis

Executed: New York, NY
           April 15, 2022